UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMALES DORSEY, Jr., <br><br> Petitioner, <br><br> v. <br><br> UNKNOWN, <br><br> Respondent. | Case No. 2:22-cv-00731-TLN-JDP (HC) <br><br> ORDER DIRECTING MR. DORSEY TO SUBMIT A PETITION FOR WRIT OF HABEAS CORPUS AND EITHER THE FILING FEE OR AN APPLICATION TO PROCEED IN FORMA PAUPERIS |

      Romales Dorsey is a state prisoner without counsel. This action was opened when he submitted to the court a letter stating that he is being denied habeas corpus. ECF No. 1. Mr. Dorsey has not properly commenced a civil action.

      To commence a civil action, a party is required to file a complaint or a petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003). Challenges to the validity of confinement or the duration of confinement are properly brought in a habeas action. If Mr. Dorsey intends to commence a federal habeas action, he must file a signed petition stating his grounds for relief. All petitions for writs of habeas corpus must be filed on the proper form, which the court will provide to Mr. Dorsey. E.D. Cal. L.R. Cal. 190(b); *see also* Rule 2(c)-(d), Fed. R. Governing § 2254 Cases. In addition, Mr. Dorsey must either pay the $5 filing fee or submit a complete application for leave to proceed *in forma pauperis*. Until he files a signed petition and either pays the filing fee or a completed application to proceed *in forma pauperis*, there is no case before the court.

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court shall send Mr. Dorsey the court's form petition for a writ of habeas corpus and an application to proceed *in forma pauperis*.

2. Mr. Dorsey shall submit, within thirty days of the date of this order, a signed petition for writ of habeas corpus that states the grounds for relief.

3. Within thirty days of the date of this order, Mr. Dorsey shall either submit the $5 filing fee or a completed application to proceed *in forma pauperis*.

4. Failure to comply with this order may result in this case being closed.

IT IS SO ORDERED.

Dated:   July 12, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE